Anthony Molloy (#1972006)
Vice President, Legal and Compliance
General Counsel
Deputy Compliance Officer
Pacira Pharmaceuticals, Inc.
5 Sylvan Way
Parsippany, NJ 07054
(973) 254-4351 direct
(973) 267-0060 fax
anthony.molloy@pacira.com

Attorneys for Defendants Pacira
Pharmaceuticals, Inc., Stack, Kahr, Murphy,
McLoughlin, Ciavolella, Reiser, Davis, and
Lehmann

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESHMA ABELL,<br><br>        Plaintiff,<br><br>   v.<br><br>PACIRA PHARMACEUTICALS, INC., DAVE STACK, individually and in his capacity as Chief Executive Officer of PACIRA PHARMACEUTICALS, INC., and RICH KAHR, PETER MURPHY, DENNIS McLOUGHLIN, PAUL CIAVOLELLA, GLENN REISER, JOYCE DAVIS and MATT LEHMANN, in their capacities as employees of PACIRA PHARMACEUTICALS, INC.,<br><br>        Defendants. | Case No. 2:18-cv-16509-MCA-LDW<br><br>Hon. Madeline Cox Arleo<br><br><br><br>Motion Day January 22, 2019 |

142408260.1

## CERTIFICATION OF JAVIER F. GARCIA IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, Javier F. Garcia, hereby certify and state that:

1.      I am a member of the law firm Perkins Coie LLP, attorneys for Defendant Pacira Pharmaceuticals, Inc. and individual Defendants Dave Stack, Richard Kahr, Peter Murphy, Dennis McLoughlin, Paul Ciavolella, Glenn Reiser, Joyce Davis, and Matt Lehmann (collectively, "Defendants").  I submit this Certification in support of Defendants' application to admit me *pro hac vice* in this matter.

2.      My office and telephone number are as follows:

> Perkins Coie LLP
> 1888 Century Park East, Suite 1700
> Los Angeles, CA 90067-1721
> Tel:  310-788-3293
> Fax:  310-843-2803

3.      I have been admitted to practice in the State of California since June 3, 2014, and in the State of Washington since November 17, 2006.  I have also been admitted to practice in the following jurisdictions:

A.      U.S. Court of Appeals for the 9th Circuit since December 28, 2009.

B.      U.S. District Court - Western District of Washington since February 15, 2007.

C.      U.S. District Court - Eastern District of Washington since May 21,

- 2 -

2008.

      D.     U.S. District Court - Southern District of California since November 13, 2014.

      E.     U.S. District Court - Western District of California since February 12, 2015.

      F.     U.S. District Court - Eastern District of California since June 24, 2016.

      4.     The bars and jurisdictions I have been admitted to may be contacted at the following addresses:

    State Bar of California
    180 Howard Street
    San Francisco, CA 94105
    Tel: 415-538-2000

    State Bar of Washington
    1325 Fourth Ave., Suite 600
    Seattle, WA 98101-2539
    Tel: 206-443-9722

    Ninth Circuit Court of Appeals
    Clerk, U.S. Court of Appeals for the Ninth Circuit
    P.O. Box 193939
    San Francisco, CA 94119-3939
    Erica_Ruiz@ca9.uscourts.gov

    U.S. District Court, Western District of Washington
    Dana Scarp
    Judicial Assistant to Judge Walter T. McGovern
    Attorney Admissions Clerk
    700 Stewart Street
    Seattle, WA 98101

Tel:  206-370-8862

U.S. District Court, Eastern District of Washington
United States District Court Clerk's Office
Attn.: Attorney Admissions
P.O. Box 1493
Spokane, WA 99210
Tel:  509-458-3400

U.S. District Court - Southern District of California
333 West Broadway
San Diego, CA 92101
Tel:  619-557-5600

U.S. District Court - Central District of California (Western Division)
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565
Tel:  213-894-1565

U.S. District Court - Eastern District of California (Sacramento Division)
501 "I" Street
Sacramento, 95814
Tel:  916-930-4000

5.      I am in good standing and eligible to practice in each of the above

jurisdictions. I am not currently disbarred or suspended in any jurisdiction. There

are no pending disciplinary matters against me and no discipline has previously

been imposed on me in any jurisdiction.  I shall notify the Court immediately of

any matter affecting my standing at the bar of any court.

6.      I am associated in this matter with Anthony Molloy, Esq., who is Vice

President, Legal and Compliance General Counsel, Deputy Compliance Officer of

Pacira Pharmaceuticals, Inc., and is qualified to practice law in the State of New

- 4 -

Jersey, pursuant to New Jersey Rule 1:21-1.

7.     If admitted *pro hac vice*, I will comply with all of the requirements of L. Civ. R. 101.1, including: (i) making payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Rule 1:28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court and (iii) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

8.     If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

9.     Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of December, 2018 at Los Angeles, CA.

*s/ Javier F. Garcia*
Javier F. Garcia

142408260.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record.

| | |
|---|---|
| Milena Pisano-McNally<br>Neal Brickman<br>Law Offices of Neal Brickman, P.C.<br>420 Lexington Avenue, Suite 2440<br>New York, NY  10170<br>(212) 986-6840<br>Attorneys for Plaintiff | |

DATED:  December 28, 2018

*s/ Anthony Molloy*
Anthony Molloy

- 6 -

142408260.1