James J. Panzini, Esq. (Bar ID #022101990)
Luke P. Breslin, Esq. (Bar ID #029222010)
JACKSON LEWIS P.C.
766 Shrewsbury Avenue
Suite 101
Tinton Falls, New Jersey 07724
(732) 532-6148
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESHMA ABELL, | : |
| | : Civil Action No. 2:18 cv-16509-MCA-LDW |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PACIRA PHARMACEUTICALS, INC., DAVE STACK, individually and in his capacity as Chief Executive Officer of PACIRA PHARMACEUTICALS, INC., and RICH KAHR, PETER MURPHY, DENNIS McLOUGHLIN, PAUL CIAVOLELLA, GLENN REISER, JOYCE DAVIS AND MATT LEHMANN, in their capacities as employees of PACIRA PHARMACEUTICALS, INC., | : **SUBSTITUTION OF ATTORNEY** |
| Defendants. | : |

The undersigned hereby consents to the substitution of James J. Panzini of the law firm of Jackson Lewis P.C., as counsel for Defendant Pacira Pharmaceuticals, Inc., and Individual Defendants Dave Stack, Rich Kahr, Peter Murphy, Dennis McLoughlin, Paul Ciavolella, Glenn Reiser, Joyce Davis, and Matt Lehmann, in the above matter.

| | |
|---|---|
| PERKINS COLE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>(310) 788-32936<br><br>/s/ Javier Garcia<br>Javier Garcia, Esq.<br>Withdrawing Attorneys<br><br>Dated: April 29, 2019 | JACKSON LEWIS P.C.<br>766 Shrewsbury Avenue, Suite 101<br>Tinton Falls, NJ  077240<br>(732) 532-6148<br><br>/s/ James J. Panzini<br>James J. Panzini, Esq.<br>Superseding Attorneys<br><br>Dated: April 29, 2019 |

4814-2585-0005, v. 1