THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2440
NEW YORK, NEW YORK 10170

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
VIRGINIA A. REILLY
JASON A. STEWART

**TELEPHONE:**
**(212) 986-6840**

**TELECOPIER:**
**(212) 986-7691**

August 13, 2019

**VIA ECF**
Honorable Madeline Cox Arleo
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK4A
Newark, NJ 07101

Re: Case No. 2:18-cv-16509-MCA-LDW
**Abell v. Pacira Pharmaceuticals, Inc., et al.**

Dear Judge Arleo:

    As you are aware our office represents the Plaintiff Reshma Abell, in the above-referenced action. This letter is offered in response to the Court's request with respect to the citizenship of the respective remaining Individual Defendants (Kahr, Murphy, McLoughlin, Ciavolella and Reiser). Based upon information provided to our office by defense counsel, it is our understanding that Individual Defendants Kahr, McLoughlin and Ciavolella reside in and therefore maintain citizenship within the State of New Jersey; Individual Defendant Murphy resides in and therefore maintains citizenship within the State of Pennsylvania and Individual Defendant Reiser resides in and therefore maintains citizenship within the State of Vermont.

    Based upon the Court's Order dated July 31, 2019, the causes of action as and against the named Individual Defendants Stack, Davis and Lehmann have been dismissed and thus are no longer party to this action. Please let us know should the Court have any further inquiry in this regard or if the Court requires any further information with respect to the citizenship of the Individual Defendants.

Respectfully submitted,

s/ Neal Brickman
Neal Brickman (NB0874)
The Law Offices of Neal Brickman
420 Lexington Ave., Suite 2440
New York, New York 10170
(212) -986-6840
*Attorney for Plaintiff Reshma Abell*