UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
RESHMA ABELL,

                                        Plaintiff,

- *against* -

PACIRA PHARMACEUTICALS, INC., DAVE STACK,
INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF EXECUTIVE
OFFICER IF PACIRA PHARMACEUTICALS, INC., AND
RICH KAHR, PETER MURPHY, DENNIS
McLOUGHLIN, PAUL CIAVOLELLA, GLENN REISER,
JOYCE DAVIS, AND MATT LEHMANN, IN THEIR
CAPACITIES AS EMPLOYEES OF PACIRA
PHARMACEUTICALS, INC.,

                                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CIV. ACTION NO.:
2:18-CV-16509-MCA-LDW

## PLAINTIFF'S NOTICE OF MOTION FOR ADMISSION OF COUNSEL
### *PRO HAC VICE*

**PLEASE TAKE NOTICE** that on August 19, 2019 or as soon thereafter as counsel may be heard, pursuant to Rule 101.1(c) of the Local Rules for the United States District Court for the District of New Jersey, the undersigned attorney for Plaintiff Reshma Abell shall move before the United States District Court for entry of an Order allowing the admission *pro hac vice* of Neal Brickman as counsel for Plaintiff in the above-captioned case.

Plaintiff shall rely on the accompanying Certification of Neal Brickman in support of this motion. A proposed form of Order is submitted for the Court's convenience.

**WHEREFORE,** it is respectfully requested that the motion for admission of Neal Brickman *pro hac vice* as counsel for Plaintiff in the above-captioned matter be granted.

DATED:  August 20, 2019

                                    By: *s/ Aaron A. Mitchell*
                                    Aaron Mitchell, Esq.
                                    *Attorney for Plaintiff Reshma Abell*
                                    Lawall & Mitchell, LLC
                                    163 E. 64th Street
                                    New York, New York 10065
                                    (973) 285-3280
                                    Aaron@lmesq.com

1

## CERTIFICATE OF SERVICE

I certify that on August 20, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to the following attorney(s) of record:

Anthony Molloy, III
Pacira Pharmacueitcals, Inc.
5 Sylvan Way
Suite 300
Parsippany, NJ 07054
973-254-4351
Anthony.molloy@pacira.com

James J. Panzini
Jackson Lewis P.C.
766 Shewsbury Avenue
Tinton Falls, NJ 07724
973-538-6890
panzinij@jacksonlewis.com

Luke P. Breslin
Jackson Lewis P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
908-464-2614
Luke.Breslin@jacksonlewis.com

Pooja Bhutani
Jackson Lewis P.C.
766 Shrewsbury Avenue
Suite 101
Tinton Falls, NJ 07724
732-532-6148
Pooja.bhutani@jacksonlewis.com

DATED:  August 20, 2019

_s/ Aaron A. Mitchell_
Aaron Mitchell