## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RESHMA ABELL, <br><br> Plaintiff, <br><br> v. <br><br> PACIRA PHARMACEUTICALS INC., *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 18-16509 (MCA) (LDW) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 28, 2020 telephone conference before the undersigned, and for good cause shown,

**IT IS,** on this **28th day of January 2020, ORDERED** that the Pretrial Scheduling Order entered **October 28, 2019** (ECF No. 51) is hereby amended as follows:

1. Fact discovery is extended through **May 20, 2020.**  No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a telephonic status conference before the undersigned on **April 2, 2020 at 3:00 p.m.**  The parties shall submit concise status letters to the Court no later than three business days in advance of the conference.  Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line.

Hon. Leda Dunn Wettre
United States Magistrate Judge