# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESHMA ABELL,<br><br>            Plaintiff,<br><br>v.<br><br>PACIRA PHARMACEUTICALS INC., *et al.*,<br><br>            Defendants. | Civil Action No.<br><br>18-16509 (MCA) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a April 3, 2020 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 3rd day of April 2020, ORDERED** that the Pretrial Scheduling Order entered **October 28, 2019** (ECF No. 51), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **July 31, 2020**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a telephonic status conference before the undersigned on **June 29, 2020 at 2:30 p.m.** The parties shall submit concise status letters to the Court no later than three business days in advance of the conference. Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line.

             *s/ Leda Dunn Wettre*
             Hon. Leda Dunn Wettre
             United States Magistrate Judge