# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESHMA ABELL,<br><br>   Plaintiff,<br><br>v.<br><br>PACIRA PHARMACEUTICALS INC., *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>18-16509 (MCA) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

  **THIS MATTER** having come before the Court by way of a June 29, 2020 telephone conference before the undersigned, and for good cause shown,

  **IT IS, on this 30th day of June 2020, ORDERED** that the Pretrial Scheduling Order entered **October 28, 2019** (ECF No. 51), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended **FOR A FINAL TIME** through **September 30, 2020**.

2. The parties shall appear for a telephonic status conference before the undersigned on **September 15, 2020 at 4:00 p.m.** The parties shall submit concise status letters to the Court no later than three business days in advance of the conference. Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line.

                *s/ Leda Dunn Wettre*
                Hon. Leda Dunn Wettre
                United States Magistrate Judge