# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESHMA ABELL,<br><br>       Plaintiff,<br><br>v.<br><br>PACIRA PHARMACEUTICALS INC., *et al.*,<br><br>       Defendants. | Civil Action No.<br><br>18-16509 (MCA) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a September 15, 2020 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 15th day of September 2020, ORDERED** that the Pretrial Scheduling Order entered **October 28, 2019** (ECF No. 51), as subsequently amended, is hereby further amended as follows:

1. All affirmative expert reports shall be delivered by **December 15, 2020**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

2. All responding expert reports shall be delivered by **January 29, 2021**. Any such report shall comport with the form and content requirements referenced above.

3. The parties shall appear for a telephonic status conference before the undersigned on **January 20, 2021 at 2:30 p.m.** The parties shall submit concise status letters to the Court no later than three business days in advance of the conference. Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line.

4. The parties shall appear for a settlement conference before the undersigned on **February 4, 2021 at 9:30 a.m.** in Courtroom 3C of the Martin Luther King Jr. Federal Building and

U.S. Courthouse, if circumstances allow (otherwise, by Zoom or telephone).  Clients with full and immediate settlement authority must attend in person.  Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference.  Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

     *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge