# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESHMA ABELL,<br><br>        Plaintiff,<br><br>v.<br><br>PACIRA PHARMACEUTICALS INC., *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>18-16509 (MCA) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a February 4, 2021 settlement conference before the undersigned, and for good cause shown,

**IT IS, on this 4th day of February 2021, ORDERED** that the Pretrial Scheduling Order entered **October 28, 2019** (ECF No. 51), as subsequently amended, is hereby further amended as follows:

1. All responding expert reports shall be delivered by **February 26, 2021**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

2. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **March 31, 2021**.

3. Defendants are permitted to file a motion for summary judgment on or before **April 23, 2021**.

                                                                          *s/ Leda Dunn Wettre*
                                                                          Hon. Leda Dunn Wettre
                                                                          United States Magistrate Judge