# EXHIBIT A

**Call w/ Reshma Abell**

**Wednesday, February 21, 2018, 1:00pm**

I talked with Reshma Abell, Senior Surgical Account Specialist, on the phone to discuss an incident from the National Sales Meeting last week that was reported to me.

I began our call by telling Reshma that an incident involving her and Rob Rock was reported to me and that the purpose of our call today was to get a statement from her on what transpired between them.  I also needed to ask her some specific questions about the issue.  I told Reshma that I was making no judgements during our call today but would be reporting my findings to senior leadership for final disposition of this issue.

At this point, I then asked Reshma to walk me through the events that transpired last week between her and Rob.

> Reshma stated Tuesday evening was a free night.  There were two events going on that night; the Women's Leadership dinner and an indoors golf outing she heard about that Rob Rock had arranged.  She opted out of the dinner because she didn't want to be cooped up indoors all day.  Instead, she planned on attending the golf outing.  Two weeks prior to the event, she called Rob to ask if she could attend since she didn't have anything to do that night.  Rob told her that it was a boy's night out and that she could not attend.  Since she's had a cordial relationship with Rob over the last few years, she assumed that he was joking.  She then called Gio Vendemia to find out more about it and he said, sure no problem, there were others going.  She asked to be added to the list and he said that was not necessary.  Gio indicated she should just show up in the lobby of the hotel where the group was meeting prior to their departure.  He told her that she may have to pay for herself and she said that was fine.

> On the night of the event, she arrived at the lobby at 6:30pm.  Rob was there.  When he saw her, he rolled his head back and said "you should not be here".  He turned around and left with Isaac Smolko to wait for an Uber.  Reshma, Isaac and Rob got in an Uber.  Throughout the ride, Rob was not speaking and Isaac was trying to make small talk with her because the situation in the car was awkward.  When they arrived, Vaughn Schouten was outside waiting and said to Reshma when he saw her "oh this is great that you're here".  Reshma responded to Vaughn that "I don't think I'm wanted here…… Rob doesn't want me here".  The rest of the evening was very uncomfortable for her, she felt ostracized by Rob who was making negative comments in front of colleagues.  They ordered food and continued to play golf.  She was on the right side of the course about to hit the ball when Rob approached her and said "you're welcome and you have my permission to stay".  Reshma said she was extremely uncomfortable and upset because this was done in front of colleagues.  She replied that she would pay for her own food and that she had asked for permission to come.  She also told him that he did not own the company and did not have the right to ask her not to be there.  Reshma stated that she had never played the "woman card" and wasn't sure if this was a guy thing or a Rob thing?  She was very surprised at Rob's behavior since they had always had a cordial relationship.

*When she got back to the hotel, Reshma told Roxanne Brady and Pat Nolan about the incident.*

*The next two days at the NSM, things were very awkward for her because Rob and Isaac would not talk to her and others were avoiding her.  At some point during the meeting, Glen Reiser came by and asked her how things were going.  Reshma told Glen what happened and he said he would send an email to HR letting them know.*

I asked Reshma if she had ever had any prior incidents with Rob.

*She responded that this was the first time.  She repeated that when she asked Rob two weeks ago about going to the golf outing, he said "it's just a boy's thing" and she thought he was kidding.*

I asked Reshma whether she could name any witnesses to her conversation with Rob in the lobby at the hotel.

*She responded that Isaac was the only one present.*

I asked Reshma whether she could name any witnesses to her conversation with Rob at the golf location.

*She responded that Steve Huddy, Jim Macarelli and Mike Barba were present.*

I asked Reshma whether she could name any witnesses when she returned to the hotel and was in the bar.

*She responded that Roxanne Brady and Pat Nolan were present.*

I told Reshma that it was reported to me that when she were questioned about not attending the Women Leadership dinner, she responded with profanity, "F*** that, it's BS".  I told her that it also was reported to me that she also made a comment that "just because I have tits doesn't mean I have to go to some bullshit dinner".  I asked her whether she said these things.

*She responded that yes, she might have used that language but this is common among the sales team during these events.  She was frustrated that she felt obligated to go to the Women's Leadership dinner.  She cannot sit in a room all day and then again in the evening.  She did not understand why she was not welcomed at the golfing event, simply because she was a woman.*

I told Reshma that it was reported to me that when she returned to the hotel, she went to the bar and made a proclamation that she was going to get Rob Rock fired.  I asked her whether she said this.

*She responded that she never made that comment.  She stated that Pat Nolan was with her when she went to the bar.  Then Roxanne, Sharon McCarroll and Jim Macarelli joined them.*

I then asked Reshma what she would consider to be an acceptable outcome to this issue.

> *She responded that everyone should be included in all future events and exclusions should not be allowed.  Respect should be extended to everyone at these events, especially new hires.*

At this point, I thanked Reshma for her time and candor and told her that I would be reviewing the outcome of my investigation into this incident with our senior leaders.  I told her I would respond back to her by the end of next week regarding next steps.

The call was concluded at 1:45pm.

**Call w/ Robert Rock**

**Wednesday, February 21, 2018, 2:00pm**

I talked with Robert (Rob) Rock, Regional Business Director - Sales, on the phone to discuss an incident from the National Sales Meeting last week that was reported to me.

I began our call by telling Rob that an incident involving him and Reshma Abell was reported to me and that the purpose of our call today was to get a statement from him on what transpired between them. I also needed to ask him some specific questions about the issue. I told Rob that I had reviewed his notes that he sent to me and that I was making no judgements during our call today but would be reporting my findings to senior leadership for final disposition of this issue.

At this point, I then asked Rob to walk me through the events that transpired last week between him and Reshma.

> *Rob stated that during a breakout that day, Reshma was at my table and said "I have a surprise for you in 3 hours". She said she didn't want to go to the Women's Leadership dinner that evening and was going to the golf outing instead. Rob said that she could not go, not because he didn't want her there but because Gio Vendemia had already reserved a limited number of spots.*

> *Later, when they we were in the hotel lobby waiting for an Uber, Reshma came out and said "surprise". Rob said he did not tell her she couldn't come at this point and she then invited herself and shared an Uber ride over to the event.*

> *When they got to Top Golf, Rob stated that Isaac Smolko came over to him after a while and said "would you please go to Reshma and tell her you are not mad at her". Rob stated he did approach Reshma at the event and tell her that he was not mad at her. Reshma then said to Rob that "she couldn't believe that they were friends and you didn't invite me to participate". Rob said that he tried to make Reshma feel welcome and told her to stay and have something to eat.*

> *Rob said he arrived back at the hotel at 9:30 pm and went directly to his room since he does not like to drink. After a short time, he said he started getting phone calls from colleagues downstairs saying that Reshma was at the bar saying that she was going to get him fired. He was told that she had several drinks and was being very vocal.*

I asked Rob whether he and Reshma had a conversation in the hotel lobby before departing for the golf event.

> *Rob stated only briefly. He said they were standing under an overhang and Reshma came out and said "surprise". Rob replied "I guess you're going to Top Golf". Isaac was standing next to him and no one else was present.*

I asked Rob who rode with him in the Uber to the golf resort.

> *Rob stated that Isaac, Seth Whaley and Reshma were in the Uber together.  He said during the ride, he did not speak to her.*

I asked Rob when he and Reshma ended up connecting at Top Golf and there was a dialogue, were there witnesses?

> *Rob stated that no, there was no one within 10-20 feet of them or within ear shot.*

I asked Rob whether at any time during the day of the incident, did you tell Reshma that she wasn't welcome to attend the Top Golf event, it was a closed invitation or that she should be attending the Women's Leadership dinner instead.

> *Rob stated emphatically no.  He never said she was not welcome or that she could not come because she was a woman. He told her it was a team building event and reservations were already booked and therefore it was a closed group.  He asked Reshma if she was going to the Women's Leadership dinner.  Chris Borsa had also called Rob and wanted to join them in the golf event.  Rob informed Chris as he did with Reshma that it was a closed group.*

I asked Rob why he did not report some of the previous issues and comments by Reshma that he documented in his notes to senior leadership and HR.

> *Rob stated all of these issues occurred within the last two weeks.  He said he never had a negative experience with Reshma in the past.  He said he has observed her aggression with managers before but it has never been directed at me.*

I asked Rob who reported to him that Reshma was in the hotel bar saying that she was going to get him fired.

> *Rob said it was Justin Sherrod (not multiple people like he reported in his overall summary).*

I asked Rob why he would have chosen to resign rather than report this issue to senior management or HR for follow-up.  I also asked him why he would have abruptly left the meeting without informing his team or boss (Glenn Reiser).  Finally, I also asked him why he did not feel comfortable having Pete or Glenn present during the meeting with Matt and Kristen when he returned to the hotel.

> *Rob stated that he knew from what he's heard and observed in the past that Reshma has claimed to be close friends with Dave Stack and that she could walk into his office and influence him.  It was also his belief that she also has influence with the sales leaders.  He said resigning was an emotional reaction and he felt that Reshma was bulletproof.*

I asked Rob why he would leave the meeting without informing his boss that he was resigning.

> *Rob stated that he informed Pete first as the head of the sales organization. He trusts Pete and has a long-standing relationship with him. He felt that the appropriate thing to do was to go to the top.*

I asked Rob why he did not feel comfortable having Glen or Pete at the meeting with Matt and Kristen when he returned to the hotel.

> *Rob stated he had already sent his notes to Pete and felt that Matt and Kristen were interested in hearing his side of what happened. He felt that in the past, Pete and Glen have been protective of Reshma. Kristen informed him that he should speak with me (Rich Kahr).*

I asked Rob whether there was anything else he would like to add.

> *Rob stated that that there has been a pattern of bad behavior from Reshma which has not been addressed. By not asking her to leave the Top Golf event, he felt that it showed professionalism on his behalf. Rob said he never said anything demeaning, profane or gender related to Reshma.*

I asked Rob what he would consider to be an acceptable outcome as a follow-up to this incident.

> *Rob stated he would like to see an apology issued to the people that were listed in his notes. He would also like to see her go through some behavior training. He said he doesn't want to see anybody be terminated as a result of what happened last week.*

At this point, I thanked Rob for his time and candor and told him that I would be reviewing the outcome of my investigation into this incident with our senior leaders. I told him I would respond back to him by the end of next week regarding next steps.

The call was concluded at 2:45pm.

**Calls w/ Gio Vendemia**

**Monday, February 26, 2018, 10:45am and 5:15pm**

**Tuesday, February 27, 2018, 11:15am**

**2/26, 10:45am**

I talked with Gio Vendemia, Regional Business Director, on the phone to discuss an incident from the National Sales Meeting a few weeks ago that was reported to me.

I began our call by telling Gio that an incident involving Reshma Abell and Rob Rock was reported to me and that the purpose of my call with him today was to get his reaction to some comments made by Reshma.

At this point, I then shared the following statement by Reshma with Gio.

> *Reshma stated Tuesday evening was a free night. There were two events going on that night; the Women's Leadership dinner and an indoors golf outing she heard about that Rob Rock had arranged. She opted out of the dinner because she didn't want to be cooped up indoors all day. Instead, she planned on attending the golf outing. Two weeks prior to the event, she called Rob to ask if she could attend since she didn't have anything to do that night. Rob told her that it was a boy's night out and that she could not attend. Since she's had a cordial relationship with Rob over the last few years, she assumed that he was joking. She then called Gio Vendemia to find out more about it and he said, sure no problem, there were others going. She asked to be added to the list and he said that was not necessary. Gio indicated she should just show up in the lobby of the hotel where the group was meeting prior to their departure. He told her that she may have to pay for herself and she said that was fine.*

Gio stated that when Reshma called him before the event, he reiterated that they had a signed contract with the golf venue for 18 participants and that they couldn't amend the contract to include more participants. Gio said Reshma said she wanted to go anyway and he told her that if she planned on coming she would be on her own and would be responsible for paying her own expenses.

Gio said that when they got to the event, the venue management gave him some grief about having more participants present than what was specified in the contract.

Gio said that pretty much was the only insight he could provide on what happened between Reshma and Rob the rest of the night.

I then asked Gio whether there was anything else he wanted to share relative to the interaction with Reshma and Rob. He said there was not.

At this point, I thanked Gio for his time.

The call was concluded at 11:00am.

**2/26, 5:15pm**

I called Gio again and told him that I had one more question for him.  I told him that it was reported to me that he told at least one other person outside the bar that evening that Reshma had made a statement that she was going to get Rob Rock fired.  I asked him whether he said this.  Gio said he was out in the lobby, did not go in the bar and did not even see Reshma that evening when they got back to the hotel.  He stated he did not say this to anyone.  I asked him why anyone would say that he made this comment.  He said they may have confused him with someone else.

This call was concluded at 5:30pm.

**2/27, 11:15am**

Gio called me to clarify his statement to me last night regarding Reshma's alleged comment around getting Rob Rock being fired. He reiterated the fact that he never saw Reshma when they returned to the hotel after the golf event so clearly was not a witness to anything she may have said.  Gio said he thinks someone told him that Reshma made the comment but cannot recall who may have told him this. He thinks based on this, he may have told Justin that he heard that Reshma said she would get Rob fired.  I asked Gio whether he can remember who may have shared this information with him.  He said could not.

This call was concluded at 11:30pm.

### Call w/ Pat Nolan

### Monday, February 26, 2018, 1:00pm

I talked with Pat Nolan, Sales Account Specialist, on the phone to discuss an incident from the National Sales Meeting a few weeks ago that was reported to me.

I began our call by telling Pat that an incident involving Reshma Abell and Rob Rock was reported to me and that the purpose of my call with him today was to ask him some specific questions regarding this issue.

I told Pat that it was reported to me that he may have witnessed an argument between Reshma and Rob at the golf event and that he may have also had an interaction with Reshma when she returned to the hotel. I asked him to provide me with his recollection of those situations. Pat said when he got to the event he remembers Reshma saying to him that "I am not welcome here according to Rob… he told me that I wasn't invited". Pat said he did hear a few comments between Reshma and Rob when they faced off later at the golf event. He said he remembers that Reshma said to Rob that "you have made me feel so uncomfortable here". Pat thinks Rob said something like "well you are here now so you should help yourself to the food and drinks and make the most of it". Pat didn't recall hearing any further dialogue at the event between Reshma and Rob.

Pat said when he got back to the hotel, he saw Reshma after she returned and she appeared very upset. Pat said when they walked into the bar together, he brought her over to Roxanne Brady (her manager) because she still looked very upset, almost crying. Pat said he then went to socialize with others and lost track of Reshma until he saw her later sitting with Sharon McCarroll. He said they appeared to be having a heated discussion. Pat said that Jim Macarelli, Ken Wolf and Mike Corn witnessed this argument. He said after a short period of time, Reshma, again upset, bolted from the bar and went to the elevator outside to go up to her room. He said he saw her at the elevator and she said to him that she "had enough of this shit".

I then asked Pat whether there was anything else he wanted to share relative to this situation. He said there was not.

At this point, I thanked Pat for his time.

The call was concluded at 1:10pm.

**Call w/ Isaac Smolko**

**Monday, February 26, 2018, 3:30pm**

I talked with Isaac Smolko, Sales Account Specialist, on the phone to discuss an incident from the National Sales Meeting a few weeks ago that was reported to me.

I began our call by telling Isaac that an incident involving Reshma Abell and Rob Rock was reported to me and that the purpose of my call with him today was to ask him some specific questions regarding this issue.

I told Isaac that I was made aware that he was in the hotel lobby with Reshma and Rob prior to departing for the golf event and that he was also in the Uber with them which transported them to the event. I asked Isaac whether he witnessed any interactions between Reshma and Rob in the lobby or in the Uber. Isaac said when Reshma came into the lobby he did not hear any conversation between she and Rob. He said he could sense some awkwardness but that was it. He said when they got into the Uber, he made small talk with Reshma on the way to the golf event but does not recall Reshma and Rob speaking. He said that was all he can recall about those situations.

I then asked Isaac whether there was anything else he wanted to share relative to this situation. He said when they got to Top Golf, Reshma asked him "is your boss mad at me"? Isaac said that he didn't think so. He mentioned to Rob later at the event that Reshma had said this to him and suggested he speak to her about this. He heard later they had a conversation but he did not witness it.

At this point, I thanked Isaac for his time.

The call was concluded at 3:40pm.

**Call w/ Steve Huddy**

**Monday, February 26, 2018, 5:30pm**

I talked with Steve Huddy, Sales Account Specialist, on the phone to discuss an incident from the National Sales Meeting a few weeks ago that was reported to me.

I began our call by telling Steve that an incident involving Reshma Abell and Rob Rock was reported to me and that the purpose of my call with him today was to ask him some specific questions regarding this issue.

I told Steve that it was reported to me that he was in the Uber with Reshma and Rob on the way to the golf event and may have witnessed a confrontation between them at the venue.  I asked him if he could share with me what he saw or heard.  Steve said he was in the Uber with them but they did not talk to each other on the way over to the event.  He said he felt some tension in the car and that Rob was "acting weird".  He said he heard they had a heated conversation at Top Golf but did not witness it.

I then asked Steve whether there was anything else he wanted to share relative to this situation.  He said not with regard to the issue with Rob Rock but he did want to make me aware that while he was at the NSM, Reshma did something that made him feel very uncomfortable.  I asked Steve what that was.  He said that while on a break, Reshma opened up the internet on her phone and showed he and others a provocative sexual site (Kumasutra?) that showed different positions of people having sex.  She told those in the group that "my people invented that".  He felt this was completely inappropriate and told her that.  He said others in this group told him later they were equally uncomfortable with this.

Steve additionally said that while he had only recently met Reshma, he felt she was really aggressive and unprofessional in her approach.  As an example, he said she came into his territory recently and when they were having a meal at a local restaurant, they almost got kicked out because she was cussing so much.

At this point, I thanked Steve for his time.

The call was concluded at 5:40pm.

**Call w/ Roxanne Brady**

**Wednesday, February 28, 2018, 10:00am**

I talked with Roxanne Brady, Region Business Director, on the phone to discuss an incident from the National Sales Meeting a few weeks ago that was reported to me.

I began our call by telling Roxanne that an incident involving Reshma Abell and Rob Rock was reported to me and that the purpose of my call with her today was to ask her some specific questions regarding this issue.

I told Roxanne that it was reported to me that she had met with Reshma upon her return to the hotel after attending the golf event.  I told her that additionally I was told by others that Reshma was telling others in the bar that she was going to get Rob fired.  I then asked Roxanne if she provide me with insight or facts that could help me in the fact-finding process.  Roxanne stated that when Reshma got back to the hotel, she saw her and she looked visibly upset.  Roxanne brought her into the bar and they sat in a booth and talked for a while.  Roxanne said Reshma started to cry when she was trying to explain what happened at the golf event.  She said Reshma told her that Rob did not want her to attend the event, told her she was unwelcome and made her feel very uncomfortable while she was there.  She told Roxanne she was demoralized. Roxanne said that was pretty much the conversation they had in the booth.  After a few minutes, Sharon McCarroll sat down in the booth and Roxanne then left and went up to her room.  She said Reshma never said anything to her about getting Rob fired and she did not even hear about this until later that night when Rob texted her that Reshma was telling people this in the bar.

I then asked Roxanne whether there was anything else she wanted to share relative to this situation.  She said not with regard to the issue with Rob Rock but she did want to make me aware that while she was at the NSM, Reshma saw her on a break and asked her to come over and see something on her phone.  She was with a group of sales reps and was showing them a sexually oriented website called Kamasutra.  Roxanne told Reshma that she was not interested in looking at this and she should close it down and focus on the meeting.

Roxanne added that Reshma was a challenge to manage and was a potential issue for her and the Company going forward due to her lack of professionalism and foul language.

At this point, I thanked Roxanne for her time.

The call was concluded at 10:20am.

**Call w/ Robert Rock**

**Tuesday, March 13, 2018, 8:00am**

Pete and I talked with Rob Rock, Regional Business Director - Sales, on the phone this morning.

I opened the call by telling Rob that we had completed our investigation into the incidents that transpired at the recent National Sales Meeting between he and Reshma Abell. I told Rob that our investigation had confirmed that, while there was an interpersonal conflict between he and Reshma at the meeting, there was no evidence of any conduct related to their conflict that crossed the line and we would consider to be disciplinary in nature.

Pete then told Rob that what was a significant concern to us was how he reacted following his conflict with Reshma. Specifically, Rob abruptly resigned and left the meeting early the next day. He did not resign to his supervisor or inform his team of his decision. This behavior demonstrated a lack of professional maturity, poor judgement and respect for those around him. Pete told Rob that, as a result of this incident, he lost credibility with our management team. His decision to walk out with no notice was unacceptable and, as a result, we are terminating his employment with Pacira, effective immediately. Pete told Rob that this decision had been vetted with our senior leadership and was final.

Rob asked whether the various comments made by Reshma that he had reported to us had been investigated. I told Rob that we had fully investigated the conflicts that had occurred between he and Reshma and had determined that no further follow-up was required. I told him that the investigation did not corroborate any of the second hand comments he had reported to us.

At this point, I offered to review some key information regarding the implications of Rob's termination with him (e.g. benefits, unemployment, etc.), but Rob refused to participate in this discussion.

The call was ended at 8:10am.

**Call w/ Reshma Abell**

**Tuesday, March 13, 2018, 9:00am**

Pete Murphy and I talked with Reshma Abell, Senior Surgical Account Specialist, today on the phone to follow-up on issues that surfaced from the National Sales Meeting.

I began our call by telling Reshma I concluded my investigation into the incident involving her and Rob Rock and that, while their interactions created an unnecessary distraction to others at the meeting, there were no grounds for any disciplinary action and that this particular investigation was considered closed.

I told Reshma, however, that since we last talked, another incident was brought to our attention that made others around her feel very uncomfortable.  I told her that it has been reported to us by multiple individuals that she, while on a break from the meeting, opened up a Kamasutra app on her phone and asked others around her to look at it.  This internet site displayed inappropriate sexual content and offended those around her and made them feel uncomfortable.  I told Reshma that allegedly, she told those around her that "I have been looking at this site the last 30 minutes.  You know Indians invented sex."

At this point, I then asked Reshma to respond to these claims.

> *Reshma stated that she did open this website and only recalled showing it to 2 people.  She said that no one told her they were uncomfortable with the content.  Reshma said she didn't go out of her way to show the website to others at the meeting.  She didn't think it was a big deal and felt this isolated event was being blown way out of proportion.*

I asked Reshma if she understood that this incident was inappropriate.

> *Reshma responded yes but stated we need to be consistent with how we view these things.  It cannot be just one way.  She stated that if we are going to chastise her for this then we need to do it for others that do the same thing.  Everyone needs to be treated the same way.  She said she openly admits to using profanity at times but so do many others in the sales organization.  Reshma again stated that this was an isolated event and told us that it would not happen again.*

I told Reshma, as I stated earlier, that it was reported to me that she had been looking at this website for close to 30 minutes.  Was this true?

> *Reshma denied this and said she had this app open for less than 10 minutes.  She said turned it off before she returned to the meeting.*

I then asked Reshma if she had anything else to add around this issue.

> *Reshma asked me why the individuals that complained about this issue did not confront her at the meeting.  I told her that an employee is under no obligation to confront another employee if*

*they are uncomfortable with their behavior.  In these cases, we encourage employees to report inappropriate behavior to their boss, HR, Legal or Compliance.*

I told Reshma that we were making no judgements during our call today but would be reviewing the facts concerning this issue and follow-up with her shortly regarding next steps.  At this point, I thanked Reshma for her time and ended the call.

The call was concluded at 9:30am.

**Call w/ Reshma Abell**

**Wednesday, March 14, 2018, 8:00am**

Pete Murphy and I called Reshma Abell, Senior Surgical Account Specialist, today on the phone to follow-up on the incident that we discussed with her yesterday.

I told Reshma we had concluded our review of the facts concerning her sharing of an inappropriate web site while at the National Sales meeting. I told her that we have determined that this was unacceptable conduct and behavior that we cannot support at Pacira. As a result, her employment was being terminated effective today. I told Reshma that this result had been vetted with our senior leaders and the decision was final.

I Reshma that she would be paid through today and any accrued vacation would be paid out in the payroll this Friday. She also would receive her benefits through the end of March at which time she would be eligible to receive COBRA benefits. I told Reshma that she would be receiving COBRA materials, an HR packet with benefits information and a box in the mail over the next week that she can return her laptop, IPad and gas card to us.

The call was concluded at 8:15am.

# EXHIBIT B

| | |
|---|---|
| **From:** | Pacira Pharmaceuticals [jlongthorne@westfieldgroupusa.com] |
| **Sent:** | Thursday, January 18, 2018 1:33:14 PM |
| **To:** | Reshma Abell |
| **Subject:** | Invitation to attend the Women in Leadership event during the 2018 National Meeting! |



Dear Reshma,

You are cordially invited to the **Women in Leadership** event during the **2018 Pacira National Meeting**.

**Date:**
Tuesday, February 13, 2018

**Location:**
Loews Sapphire Falls Resort
6601 Adventure Way
Orlando, FL 32819

We ask that you complete your registration no later than **Friday, January 19, 2018**.

**Click here to register**

**Click here to decline**

Best Regards
**Pacira Pharmaceuticals**

000900244.00001

**From:**      Pacira Pharmaceuticals [jlongthorne@westfieldgroupusa.com]
**Sent:**       Wednesday, January 24, 2018 9:58:36 AM
**To:**         Reshma Abell
**Subject:**    REMINDER - Invitation to attend the Women in Leadership event during the 2018 National
Meeting!



Dear Reshma,

You are cordially invited to the **Women in Leadership** event during the **2018 Pacira National Meeting**.

**Date:**
Tuesday, February 13, 2018

**Location:**
Loews Sapphire Falls Resort
6601 Adventure Way
Orlando, FL 32819

We ask that you complete your registration no later than **Friday, January 19, 2018**.

**Click here to register**

**Click here to decline**

Best Regards
**Pacira Pharmaceuticals**

000900347.00001

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kristin Rudisill [/O=SKYEPHARMA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KRISTIN RUDISILLCED] |
| **Sent:** | Thursday, January 25, 2018 2:25:42 PM |
| **To:** | Reshma Abell |
| **Subject:** | RSVP Women's Event |

Reshma,

I am looking forward to seeing you at the National Sales Meeting in Orlando.  On Tuesday 2.13.18 we will be hosting an invite only dinner meeting to kick-off a new Women's Leadership Initiative.  A registration link is in your inbox for this event.  So that we can finalize our plans, would you please click on the link and either decline or accept the invitation? Thanks,

*Kristin H. Rudisill*

**Director, Alliance Management Strategy & Corporate Development**
*Pacira Pharmaceuticals Inc.-**EXPAREL**[®]*
804.543.7225 (cell)

Please find our most recent **data** set at **www.EXPAREL.com/PILLAR**
**Help Patients Find EXPAREL; Join the EXPAREL Surgeon Selector**

000901758.00001

# EXHIBIT C

| 02/13/2018 | Business Meal (Travel/Offsite/Visitors) | Top Golf | Top Golf | Orlando | Cash - Out of Pocket | $1,089.27 | $1,089.27 |

**Allocations :**    100.00% ($1,089.27) 00-0945

**Attendees :**
Corn, Michael, HS, employee, last day active - 9/19/19
Vendemia, Giovanni, Employee
Macarelli, Jim, Surgical Account Specialist, employee, last day active - 9/19/19
Christenson, Brandon, SAS, employee, last day active - 9/19/19
Wolfe, Kenneth, SAS, employee, last day active - 9/19/19
Schouten, Vaughn, employee, last day active - 9/19/19
Durstein, Bill, Employee SAS, Business Guest
Nolan, Pat, SAS, employee, last day active - 9/19/19
Gehret, Jeremy, SAS Harrisburg, employee, last day active - 9/19/19

**Business Purpose :**    NSM Free night team building event

**Comment :**
Vendemia, Giovanni P. (02/16/2018): Team building event with the Southeast and Rob Rock on NSM free night. We split the cost among our teams. The total is reflected along with itemized receipts.

|                               |           |
|-------------------------------|-----------|
| **Report Total :**            | $1,506.22 |
| **Personal Expenses :**       | $0.00     |
| **Total Amount Claimed :**    | $1,506.22 |
| **Amount Approved :**         | $1,506.22 |
| **Company Disbursements**     |           |
| **Amount Due Employee :**     | $1,506.22 |
| **Amount Due Company Card :** | $0.00     |
| **Total Paid By Company :**   | $1,506.22 |
| **Employee Disbursements**    |           |
| **Amount Due Company :**      | $0.00     |

**CONFIDENTIAL**

**Amount Due Company Card From Employee :** $0.00

**Total Paid By Employee :** $0.00

**CONFIDENTIAL**



## Topgolf Orlando, FL

*Your payment has been received*

**Event Name:** Pacira - Justin Sherrod - 02.13.18
**Payment:** 1/2 of 50% deposit
**Amount:** $544.64
**Paid On:** 02/02/2018
**Billing Name:** Giovanni P Vendemia
**Approval Number:** 01469D
**Transaction Id:** 20180202063543373
**Card Type:** VISA
**Last 4 digits:** 8930



*Topgolf is a global sports entertainment community creating the best times of your life. If you have any further questions, please be sure to reach out to the Event Sales associate helping plan your event. Thank you!*

*Refund Cancellation Policy:* *http://topgolf.com/us/company/event-refund-policy/*

*Topgolf Orlando, FL*
*orlandoevents@topgolf.com*
*P: 321-319-7730*
*9295 Universal Blvd.*
*Orlando, FL 32819*
*Topgolf.com*

*Topgolf is a global sports entertainment*
**Topgolf The Blog**

**CONFIDENTIAL**



### Topgolf Orlando, FL

*Your payment has been received*

**Event Name:** Pacira - Justin Sherrod -
02.13.18_Final Deposit
**Payment:** Final Payment
**Amount:** $544.63
**Paid On:** 02/10/2018
**Billing Name:** Giovanni Vendemia
**Approval Number:** 02043D
**Transaction Id:** 20180210112713999
**Card Type:** VISA
**Last 4 digits:** 8930



Topgolf is a global sports entertainment community creating the best times of your life.
If you have any further questions, please be sure to reach out to the Event Sales
associate helping plan your event. Thank you!

Refund Cancellation Policy:  http://topgolf.com/us/company/event-refund-policy/

Topgolf Orlando, FL
**orlandoevents@topgolf.com**
P: 321-319-7730
9295 Universal Blvd.
Orlando, FL 32819
Topgolf.com

Topgolf is a global sports entertainment
**Topgolf The Blog**

Mail .ıll 🤖    1:09 PM    ⚡ 88% 🔋 ⚡
🔒 Sertifi Inc



## YOUR EVENT WILL TAKE PLACE AT:
**Topgolf Orlando**
9295 Universal Blvd., Orlando, FL 32819

https://topgolf.com/us/orlando/plan-an-event/

There are multiple Topgolf locations. Please confirm the Topgolf event booking
location listed above is your desired event location. Client Initials

**Event Sales Manager:**   Amanda Skena
amanda.skena@topgolf.com
321-319-7734

| **Pacira - Justin Sherrod - 02.13.18** | **Event Date:** Tuesday, February 13, 2018 |
|---|---|

**Event Name: Pacira**

**Contact:** Justin Sherrod
**Email:** jsherrod13@hotmail.com
**Phone:** (407) 230-3833

**Event Time:** 7:00 PM - 10:00 PM
**Event Status:** Tentative
**Event Guest Count:** 18

Day of
Contact
& Phone:

**Client Initial\*:**

*\*Please initial to confirm the date, time and guest count above are correct.*

### BOOKED SPACE(S)

| Location | Date | Start Time | End Time | Package | Guest Count |
|---|---|---|---|---|---|
| Event Golf Bays | Tuesday, February 13, 2018 | 7:00 PM | 10:00 PM | Backyard BBQ Menu | 18 |
| *Bay locations are subject to change and not guaranteed, except for floor buyouts.* | | | | **# of Bays Secured:** | 3 |

### FOOD & BEVERAGE SUMMARY

| **Beverage Package Details:** | Hourly Bar Package;Non-Alcoholic Beverage Package | **Alcohol Package Service Time:** | Call package for duration of event. |
|---|---|---|---|
| **Catering Location:** | (1) buffet behind bays | **N/A Beverage Service Time:** | Entire Duration of Event |
| **Catering Time:** | 7:15PM BBQ Buffet | **Bartender(s):** | No - 0 |

*Catering service time is set as listed above and cannot be adjusted due to the volume of events we host daily.*

### EVENT ENHANCEMENTS

| **# of Golf Pro(s) Secured & Designated Time:** | 0 | **Commemorative Topgolf Gear &Trophies:** | None |
|---|---|---|---|

*Event Enhancements require advanced scheduling/ordering and are subject to availability.*

### EVENT ITEM DETAILS

| Name | Guests/Units | Rate | Amount |
|---|---|---|---|
| Backyard BBQ Menu<br>• Nashville hot fried chicken<br>• Slow-smoked beef brisket with mop sauce<br>• Mac 'n' cheese<br>• House baked beans with bacon<br>• House salad - served with Ranch and Balsamic dressing<br>• Buttermilk biscuit and whipped butter<br>• Chocolate chip cookie bites<br>• Bottomless soda, iced tea, coffee and water | 18 | $32.00 | $576.00 |
| Call Beverage Package - 3 hour<br>• A full list of included beverages are available upon request.<br>• Does not include shots or doubles. | 18 | $30.00 | $540.00 |

# EXHIBIT D



**From:** Rich Kahr <Rich.Kahr@pacira.com>
**Sent:** Friday, February 23, 2018 6:54 AM
**To:** Seth Whaley <Seth.Whaley@pacira.com>
**Subject:** RE: Quick call tomorrow

Hi Seth,

I am out of the office today but could talk this afternoon.  How's 130, 200p sound?


*Rich Kahr*
*Vice President, Human Resources*
*Pacira Pharmaceuticals*
5 Sylvan Way
Parsippany, NJ 07054
(973) 254-4341 Office
(848) 702-0512 Cell
rich.kahr@pacira.com

**From:** Seth Whaley
**Sent:** Thursday, February 22, 2018 6:10 PM
**To:** Rich Kahr
**Subject:** Quick call tomorrow

Hi Rich,

Can we set up a time to speak briefly at some point tomorrow? Thank you sir!

Respectfully,

Seth Whaley
Pacira Pharmaceuticals
205-572-1069


CONFIDENTIALITY NOTICE