James J. Panzini, Esq. (Bar ID: 022101990)
Pooja Bhutani (Bar ID: 169592016)
**JACKSON LEWIS P.C.**
766 Shrewsbury Avenue
East Tower, Suite 101
Tinton Falls, New Jersey 07724
T: 732-532-6148
F: 732-842-0301
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESHMA ABELL,<br><br>    Plaintiff,<br><br>v.<br><br>PACIRA PHARMACEUTICALS, INC., DAVE STACK, individually and in his capacity as Chief Executive Officer of PACIRA PHARMACEUTICALS, INC., and RICH KAHR, PETER MURPHY, DENNIS McLOUGHLIN, PAUL CIAVOLELLA, GLENN REISER, JOYCE DAVIS AND MATT LEHMANN, in their capacities as employees of PACIRA PHARMACEUTICALS, INC.,<br><br>    Defendants. | Civil Action No.:<br>2:18-cv-16509 (MCA) (AME) |

## COMPENDIUM OF UNPUBLISHED CASES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**CASES**                                                                                                                                           **PAGE**

Cohen v. Univ. of Med. & Dentistry of N.J.,
    2013 N.J. Super. Unpub. LEXIS 3054 (App. Div. Dec. 30, 2013)..............................................1

Chambers v. Heidelberg USA, Inc.,
    2006 U.S. Dist. LEXIS 32334 (D.N.J. May 5, 2006) ............................................................5

Hoist v. N.J.,
    2015 U.S. Dist. LEXIS 106527 (D.N.J. Aug. 13, 2015).........................................................19

Delbridge v. Acme Food Corp.,
     2010 U.S. Dist. LEXIS 2789 (D.N.J. January 14, 2010). ........................................................38

Solis v. Sher,
     2011 N.J. Super. Unpub. LEXIS 2939 (App. Div. Dec. 5, 2011) ............................................43

Attanasio v. Plainfield Country Club,
     2009 N.J. Super. Unpub. LEXIS 1592 (App. Div. June 18, 2009) ..........................................46

Ali v. Woodbridge Twp. Sch. District,
     2018 U.S. Dist. LEXIS 72877 (D.N.J. Apr. 20, 2019) ............................................................54

Ahmed v. Interstat Mgmt. Co.,
     2012 U.S. Dist. LEXIS 103512 (D.N.J. July 25, 2012) ..........................................................66

Ciecka v. Cooper Health Sys.,
     Civ. Act. No. 15-4075, 2017 U.S. Dist. LEXIS 20539 (D.N.J Feb. 14, 2017) ........................86

Houston v. Dialysis Clinic, Inc.,
     2015 U.S. Dist. LEXIS 83151 (D.N.J. June 26, 2015) ............................................................96

Malloy v. Intercall, Inc.,
     2010 U.S. Dist. LEXIS 136808 (D.N.J. Dec. 28, 2010) ........................................................108

Shinn v. FedEx Freight, Inc.,
     2016 U.S. Dist. LEXIS 169037 (D.N.J., Dec. 7, 2016) .........................................................124

Pizarro v. Int'l Paper Co.,
     2020 U.S. Dist. LEXIS 36760 (D.N.J. Mar. 3, 2020) ............................................................129

Scott v. Schindler Elevator Corp.,
     2019 U.S. Dist. LEXIS 74774 (D.N.J. May 3, 2019) ............................................................134