James J. Panzini, Esq. (Bar ID: 022101990)
Pooja Bhutani (Bar ID: 169592016)
**JACKSON LEWIS P.C.**
766 Shrewsbury Avenue
East Tower, Suite 101
Tinton Falls, New Jersey 07724
T: 732-532-6148
F: 732-842-0301
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RESHMA ABELL, | : | |
| | : | Civil Action No.: |
| Plaintiff, | : | 2:18-cv-16509 (MCA) (AME) |
| | : | |
| v. | : | |
| | : | |
| PACIRA PHARMACEUTICALS, INC., DAVE STACK, individually and in his capacity as Chief Executive Officer of PACIRA PHARMACEUTICALS, INC., and RICH KAHR, PETER MURPHY, DENNIS McLOUGHLIN, PAUL CIAVOLELLA, GLENN REISER, JOYCE DAVIS AND MATT LEHMANN, in their capacities as employees of PACIRA PHARMACEUTICALS, INC., | : : : : : : : : | **ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DISMISSING PLAINTIFF'S COMPLAINT** |
| | : | |
| Defendants. | : | |

**THIS MATTER** being presented to the Court on the motion of Jackson Lewis P.C., counsel for Defendants Pacira Pharmaceuticals, Inc., Rich Kahr, Peter Murphy, and Glenn Reiser (collectively as, "Defendants") for an Order granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's Complaint in its entirety, as a matter of law and based on the undisputed material facts; and the Court having considered the papers submitted in support of the within motion, and any opposition thereto, and oral argument having been heard, and for good cause shown;

**IT IS ON THIS** _____ day of _____, 2021, **ORDERED:**

1. Defendants' motion for summary judgment is granted in its entirety, and Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice; and

2. A copy of this Order shall be forwarded to all counsel of record within five (5) days of receipt thereof.

_____
Honorable Madeline Cox Arleo, U.S.D.J.

_____ Opposed
_____ Unopposed