James J. Panzini, Esq. (Bar ID: 022101990)
Pooja Bhutani (Bar ID: 169592016)
**JACKSON LEWIS P.C.**
766 Shrewsbury Avenue
East Tower, Suite 101
Tinton Falls, New Jersey 07724
T: 732-532-6148
F: 732-842-0301
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RESHMA ABELL, | : | |
| | : | Civil Action No.: |
| Plaintiff, | : | 2:18-cv-16509 (MCA) (AME) |
| | : | |
| v. | : | |
| | : | |
| PACIRA PHARMACEUTICALS, INC., DAVE STACK, individually and in his capacity as Chief Executive Officer of PACIRA PHARMACEUTICALS, INC., and RICH KAHR, PETER MURPHY, DENNIS McLOUGHLIN, PAUL CIAVOLELLA, GLENN REISER, JOYCE DAVIS AND MATT LEHMANN, in their capacities as employees of PACIRA PHARMACEUTICALS, INC., | : | **CERTIFICATE OF SERVICE** |
| | : | |
| Defendants. | : | |

    I hereby certify that Defendants' Pacira Pharmaceuticals, Inc., Rich Kahr, Peter Murphy, and Glenn Reiser, (collectively as, "Defendants"), Notice of Motion for Summary Judgment, Memorandum of Law in Support of Motion for Summary Judgment, Statement of Undisputed Material Facts, Declarations of James J. Panzini and Richard Kahr, Compendium of Unpublished Cases, proposed form of Order, and this Certificate of Service were e-filed through ECF and served upon Plaintiff's counsel, Jason A. Stewart, Esq., via ECF, on May 7, 2021.

I further certify a true and correct courtesy copy of the above-named documents were sent via overnight mail to the Honorable Madeline Cox Arleo, U.S.D.J. on May 7, 2021.

Dated: May 7, 2021

                                            s/ Pooja Bhutani
                                            Pooja Bhutani

4810-5178-3144, v. 1