THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170

| | |
|---|---|
| NEAL BRICKMAN | TELEPHONE: |
| JUDITH L. GOLDSBOROUGH | (212) 986-6840 |
| ETHAN Y. LEONARD | |
| VIRIGINA A. REILLY | TELECOPIER: |
| JASON A. STEWART | (212) 986-7691 |

June 16, 2021

**VIA ECF**
The Honorable Madeline Cox Arleo
United States Magistrate Judge
for the District of New Jersey

Re: **Abell v. Pacira Pharmaceuticals, Inc., et al.**
Case No. 2:18-cv-16509-MCA-AME

Dear Judge Cox Arleo:

  We represent Plaintiff Reshma Abell ("Reshma", "Abell" or "Plaintiff") in the above referenced proceeding and write to the Court, jointly with counsel for the Defendants to request an extension with regard to Defendants' currently pending Motion for Summary Judgment filed on May 7, 2021, with a current returnable motion day of July 6, 2021. This is the second request for an extension of time with respect to the instant summary judgment motion.

  This request is made with the consent of the Defendants, as it is agreed that should the Court grant this request, Plaintiff shall be permitted to file and serve its opposition to the motion on or before, but no later than, July 9, 2021 and that Defendants shall file and serve its reply on or before July 26, 2021.

  Accordingly, the parties respectfully request that the new motion day be set for August 2, 2021 upon the above stipulated conditions.

  Thank you for your attention in this regard.

Respectfully submitted,

/s Jason A. Stewart
Jason A. Stewart

SO ORDERED

 *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 6/21/21
