# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RESHMA ABELL, | : | Civil Action No. 18-16509-MCA-AME |
| Plaintiff, | : | **ORDER SCHEDULING FINAL PRETRIAL CONFERENCE** |
| v. | : | |
| PACIRA PHARMACEUTICALS, INC., et al., | : | |
| Defendants. | : | |

The Court having held a status conference in this matter on July 8, 2022; and

**IT APPEARING** that discovery in this matter has concluded; and it further

**APPEARING** that a motion for summary judgment has been decided by Order of December 28, 2021, allowing a portion of the case to proceed; and it further

**APPEARING** that the parties engaged in mediation but have been unable to reach a negotiated resolution of this action; and it further

**APPEARING** that the Court accordingly finds the case is ready to proceed to preparation for trial; therefore,

**IT IS** on this 13th day of July 2022,

**ORDERED** that the Court will conduct a final pretrial conference, pursuant to Federal Rule of Civil Procedure 16(e), on **November 4, 2022, at 10:00 a.m.**, in Courtroom 2D of the Martin Luther King, Jr. Federal Courthouse, 50 Walnut Street, Newark, New Jersey; and it is further

**ORDERED** that, prior to the conference, the parties shall prepare a joint proposed Final Pretrial Order, based on the form of order supplied by the Court, and file the proposed Final Pretrial Order on or before **October 14, 2022**.

       /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA, U.S.M.J.