# JacksonLewis

Jackson Lewis P.C.
766 Shrewsbury Avenue
Tinton Falls NJ  07724
(732) 532-6148 Main
(732) 842-0301 Fax
jacksonlewis.com
James J. Panzini – Resident Managing Principal

JAMES J. PANZINI
Direct Dial: 732-945-6025
Email: James.Panzini@jacksonlewis.com

December 13, 2022

**VIA ECF**
The Honorable Andre M. Espinosa
United States District Judge
for the District of New Jersey

Re:     *Reshma Abell v. Pacira Pharmaceuticals, Inc., et al.*
        Docket No.: 18-cv-16509 (MCA)(AME)

Dear Judge Espinosa:

        This Firm represents remaining Defendants Pacira Pharmaceuticals, Inc. ("Pacira"), Rich Kahr (hereinafter as, "Defendants") in the above-captioned matter.  We write to respectfully **request that Defendants' original Opposition to Plaintiff's Motion for Leave to File and Serve an Amended/Supplemented Complaint brief filing ("Defendant's Opp.") (ECF No. 113) be disregarded by the Court** as Defendants erroneously filed an incorrect version of the Memorandum of Law which exceeded the Court's page limitations as set forth in its November 7, 2022 Text Order (ECF No. 108).  A corrected memorandum of law which complies with the page limitations set forth in the Text Order, and all accompanying documents originally filed, are being contemporaneously filed herewith.

        We thank the Court for its consideration of the foregoing request, and its time and attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ *James J. Panzini*
James J. Panzini

C:     All Counsel of Record (via ECF)