James J. Panzini, Esq. (Bar ID: 022101990)
Pooja Bhutani (Bar ID: 169592016)
**JACKSON LEWIS P.C.**
766 Shrewsbury Avenue
East Tower, Suite 101
Tinton Falls, New Jersey 07724
T: 732-532-6148
F: 732-842-0301
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RESHMA ABELL, | : | |
| | : | Civil Action No.: |
| Plaintiff, | : | 2:18-cv-16509 (MCA) (AME) |
| | : | |
| v. | : | |
| | : | **ORDER FOR MOTION IN LIMINE TO** |
| PACIRA PHARMACEUTICALS, INC., | : | **PRECLUDE TESTIMONY AND** |
| DAVE STACK, individually and in his | : | **DOCUMENTS FOR DISMISSED AND** |
| capacity as Chief Executive Officer of | : | **UNASSERTED CLAIMS** |
| PACIRA PHARMACEUTICALS, INC., | : | |
| and RICH KAHR, PETER MURPHY, | : | |
| DENNIS McLOUGHLIN, PAUL | : | |
| CIAVOLELLA, GLENN REISER, JOYCE | : | |
| DAVIS AND MATT LEHMANN, in their | : | |
| capacities as employees of PACIRA | : | |
| PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on pre-trial motions in limine by Jackson Lewis, P.C., attorneys for remaining Defendants, Pacira Pharmaceuticals, Inc. and Rich Kahr ("Defendants"); and the Court having reviewed all of the papers submitted in support of and in opposition to this motion; and having heard the oral argument of the parties' counsel (if applicable), and; for good cause shown;

    **IT IS**, on this _____ day of _____, 2023,

    **ORDERED THAT:**

Plaintiff's motion in limine to Preclude From Evidence the Documents and Testimony regarding Plaintiff's Performance and/or By Any Decisionmaker for Plaintiff's Separation is **GRANTED.**

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record upon its filing via ECF.

_____
The Honorable Madeline Cox Arleo, U.S.D.J.

4877-7477-2582, v. 1