UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

**Date:** 6/15/23

**JUDGE:** Madeline Cox Arleo

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                                 Docket No. 18cv-16509(MCA)

MS. RESHMA ABELL v. PACIRA PHARMACEUTICALS, INC., et al.

**Appearances:**

Jason Stewart, Esq., for plaintiff Abell
James Panzini, Esq., for defendants
John Bennett, Esq., for defendants
Pooja Bhutani, Esq., for defendants

**Nature of proceedings**: STATUS CONFERENCE

Request to adjourn trial date is granted.
Trial date is rescheduled for 10/2/23.
Certification by defendant Rich Kahr is due on 6/23/23.
Request to reopen discovery is denied.
Counsel will be limited to 1 hour opening statements.  Time limits will be discussed at the next conference.
Status conference/oral argument hearing is scheduled for 9/7/23 at 2 p.m. via zoom.

Time Commenced 3:10 p.m.
Time Adjourned 3:45 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk