# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 8/29/23

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                     **Docket No.** 18-cv-16509(MCA)

MS. RESHMA ABELL v. PACIRA PHARMACEUTICALS INC., et al.

**Appearances:**

Jason Stewart, Esq., for plaintiff
Elena McDermott, Esq., for defendant PACIRA
James Panzini, Esq., for defendants
Pooja Bhutani, Esq., for defendants
John Bennett, Esq., for defendants

**Nature of proceedings**:

Status conference held via zoom.
Oral argument on all motions scheduled for 10/10/23 at 3 p.m.
Jury trial scheduled for 11/6/23 at 9:30 a.m.

Time Commenced 2:15 p.m.
Time Adjourned 2:30 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk