UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RESHMA ABELL,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PACIRA PHARMACEUTICALS INC. et al.,**<br><br>*Defendants.* | **Civil Action No. 18-16509**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of the Motions in Limine of Defendants Pacira Pharmaceuticals and Richard Kahr (collectively the "Defendants") and Reshma Abell (the "Plaintiff"), ECF Nos. 125–136;

and the Court having considered the parties' submissions;

and for the reasons set forth on the record during the Court's October 10, 2023, oral argument;

**IT IS** on this 11th day of October 2023;

**ORDERED** that Plaintiff's Motion to Preclude Certain of Defendants' Proposed Exhibits, ECF No. 125, is **DENIED without prejudice,** and Plaintiff may object to Defendants' proposed exhibits at trial; and it is further;

**ORDERED** that Plaintiff's Motion to Preclude Defendants from Describing the Kama Sutra as "Pornography," ECF No. 126, is **DENIED without prejudice**, insofar as witnesses may describe their perceptions of what they viewed, but counsel should refer to the graphics as "the kama sutra images," and it is further;

1

**ORDERED** that Plaintiff's Motion to Preclude Defendants from Offering Evidence Regarding Lance Noble, ECF No. 127, is **GRANTED,** and it is further;

**ORDERED** that Plaintiff's Motion to Preclude Defendants from Offering Purported "Investigative Notes" as Evidence, ECF No. 128, is **DENIED without prejudice,** and Plaintiff may renew this argument at trial if necessary, and it is further;

**ORDERED** that Plaintiff's Motion to Permit Steven Huddy to Testify at Trial via Electronic Remote Means, ECF No. 129, is **MOOT** as Mr. Huddy is now available to testify in-person, and it is further;

**ORDERED** that Defendants' Motion to Exclude the Expert Report and Testimony of Kristin J. Kucsma, M.A, ECF No. 130, is **DENIED,** and it is further;

**ORDERED** that Defendants' Motion to Bifurcate Liability and Compensatory Damages from Punitive Damage Phase, ECF No. 131, is **GRANTED**, and it is further;

**ORDERED** that Defendants' Motion to Preclude Testimony regarding Emotional Distress, ECF No. 132, is **DENIED,** and it is further;

**ORDERED** that Defendants' Motion to Preclude Testimony and Documents regarding Plaintiff's Sales Performance, ECF No. 133, is **GRANTED in part** and **DENIED in part**, and Defendants may object to cumulative evidence of Plaintiff's sales performance at the time of trial, if necessary, and it is further;

**ORDERED** that the Court **RESERVES** on Defendants' Motion Preclude or Limit Plaintiff's Back Pay and Front Pay Damages, ECF No. 134, until trial, and it is further;

**ORDERED** that Defendants' Motion to Preclude Documents and Testimony regarding Plaintiff's Dismissed and/or Unasserted Claims, ECF No. 135, is **GRANTED,** and it is further;

**ORDERED** that Defendants' Motion to Preclude Documents and Testimony regarding alleged discrimination and/or retaliation against other Pacira employees, ECF No. 136, is **GRANTED.**

                                              *s/ Madeline Cox Arleo*_____
                                              **MADELINE COX ARLEO**
                                              **UNITED STATES DISTRICT JUDGE**